UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMEEN DENISE WASHINGTON,<br><br>                    Plaintiff,<br><br>            -against-<br><br>ETHAN SHUKLER; DOREEN THOMANN HOWE; KATIE BOWER; CATHY DESILVIA; ALLISON MESSINA; ERIC ROSENBAUM,<br><br>                    Defendants. | 23-CV-8030 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 5, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 17, 2024
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge